

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2015

No. 04-13-00529-CV

**SCHUHARDT CONSULTING PROFIT SHARING PLAN,**
Appellant/Cross-Appellee

v.

**DOUBLE KNOBS MOUNTAIN RANCH, INC.**
Appellee/Cross-Appellant

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-09-28311-CV-B
Honorable Mickey R. Pennington, Judge Presiding

## O R D E R

On December 17, 2014, this court issued its opinion and judgment. On January 5, 2015, Appellant filed an unopposed first motion for extension of time to file a motion for rehearing until February 11, 2015. *See* TEX. R. APP. P. 49.1, 49.8.

Appellant's motion for extension of time is GRANTED. Appellant's motion for rehearing is due to be filed with this court by February 11, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court